IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-CR-187 |
| ) | |
| **STANLEY JONES**, ) | |
| ) | |
| Defendant. ) | |

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL 30 2012

U.S. MAGISTRATE JUDGE

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about August 27, 2011 through September 5, 2011, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Sandstone Allotment, the Defendant, STANLEY JONES, did knowingly and willfully allow livestock to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(I).

### COUNT TWO

On or about January 8, 2012 through January 12, 2012, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Canady Allotment, the Defendant, STANLEY JONES, did knowingly and willfully allow livestock

RECEIVED
AUG 17 2012
CLERK, U.S. ...
CASPER, WY...

to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(I).

## COUNT THREE

On or about March 14, 2012 through March 15, 2012, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Canady Allotment, the Defendant, STANLEY JONES, did knowingly and willfully allow livestock to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(I).

## COUNT FOUR

On or about June 14, 2012, in the District of Wyoming and on lands administered by the Bureau of Land Management, that is, the Canady Allotment, the Defendant, STANLEY JONES, did knowingly and willfully allow livestock to graze or be driven across lands administered by the Bureau of Land Management without a permit or other grazing use authorization.

In violation of 43 C.F.R. § 4140.1(b)(1)(I)

Dated this 27TH day of July, 2012.

CHRISTOPHER A. CROFTS
United States Attorney

By: KERRY J. JACOBSON
Assistant United States Attorney

## PENALTY SUMMARY

**DATE:** July 19, 2012

**DEFENDANT NAME:** STANLEY JONES

**VICTIM:** YES

**OFFENSE AND PENALTIES:**

OFFENSE:   Cts. 1-4:   43 C.F.R. § 4140.1(b)(1)(I)
ALLOWING LIVESTOCK TO GRAZE WITHOUT A PERMIT

PENALTIES:   NOT MORE THAN 12 MONTHS IMPRISONMENT
$500 FINE
1 YEAR SUPERVISED RELEASE
$25 SPECIAL ASSESSMENT

TOTALS:   NOT MORE THAN 48 MONTHS IMPRISONMENT
$2,000 FINE
1 YEAR SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:** AARON KANIA    **AUSA:** KERRY J. JACOBSON

**ESTIMATED TIME OF TRIAL:**    **INTERPRETER NEEDED:**

\_\_\_\_ five days or less          \_\_\_\_ Yes
\_\_\_\_ over five days            _X_ No
_X_ other

**THE GOVERNMENT:**

\_\_\_\_ will

_X_ will not

\_\_\_\_ The court should not grant bond
because the defendant is not bondable
because there are detainers from other jurisdictions

**SEEK DETENTION IN THIS CASE.**