## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   Case No. 12-CR-187-TMK |
|  | ) |
| STANLEY JONES, | ) |
|  | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

After due consideration of the Defendant's Motion to Dismiss filed February 25, 2013, and the United States Concession to Defendant's Motion to Dismiss and Request for Dismissal Without Prejudice, filed by the United States on March 21, 2013, the Court hereby Finds and Orders as follows:

1. The above case should be dismissed without prejudice.

2. The circumstances and history of the case include missteps on the part of the government and the defendant. The government did not acknowledge a speedy trial deadline and request a trial setting within the specified time for speedy trial and the Defendant failed to advise the Court and opposing counsel that he had ended his relationship with the attorney who entered an appearance on his behalf after his 1st citation. Subsequently, after being charged with 4 more violations by information, the Defendant made an appearance but failed to comply with the Court's order and

directive regarding clarification of his representation within the time period specified by the court. The Defendant declined to fill out an affidavit for an attorney at the initial appearance and was granted a time limited extension to clarify his intentions regarding representation. The defendant never followed the Court's order in this regard.

3. The Government and the defendant agreed to 2 continuances in the proceedings to accommodate discovery and each others schedules, most recently, in February 2013.

4. The Defendant has not shown any prejudice resulting from any delay thus far, and should the government re-file charges as it has stated it intends to do in its Motion, a new trial setting could be made in the near future.

    IT IS HEREBY ORDERED that this case is dismissed WITHOUT PREJUDICE

Dated this 5th day of April, 2013.

*Teresa M. McKee*
UNITED STATES MAGISTRATE JUDGE