Stanley Jones
PO Box 65
Otto WY  82434
307-762-3271

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF WYOMING

                                              2013 APR 8 AM 11 18

                                              STEPHAN HARRIS, CLERK
                                                     CASPER
```

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>Stanley Jones, )<br>)<br>Defendant )  | Case No. L0179568 |

### REQUEST FOR INVOLUNTARY DISMISSAL

Whereas Defendant filed a motion to dismiss this action on the 23rd of February 2013 and there has not been a response by the US Attorney to this case which is to occur within 10 days after service according to the Local Criminal Rules of the US District Court for the District of Wyoming (Rule 47.1(a)).

Under the Federal Rules of Criminal Procedure which allow the Court to dismiss this action (Rule 48 (b)(2)(3)) and that this court has not combined this case with any other action.  Therefore the Defendant asks this Honorable Court to proceed with the Involuntary Dismissal of this action.

DATED this 5th day of April 2013.

Respectfully Submitted,

*[signature: Stanley Jones]*

STANLEY JONES
Defendant

CERTIFICATE OF SERVICE

I, Stanley Jones, certify on April 5th, 2013 that I placed in the United States Postal Service Depository a sealed envelope with REQUEST FOR INVOLUNTARY DISMISSAL addressed to:

Honorable Teresa M. McKee
United States Magistrate Judge
260 Lincoln Street
Lander WY  82520
Certified Number 70773020000301324789

Kerry J. Jacobson
U.S. Assistant Attorney
PO Box 449
Lander WY  82520-0449

Stephen Harris
Clerk of the Court
United States District Court for the District of Wyoming
111 South Wolcott Street 1st Floor
Casper WY  82601


Date:  April 4, 2013


_____
Stanley Jones